UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| VICTOR TAGLE, | Case No. 2:20-cv-00202-APG-NJK |
|---|---|
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants | |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated, but Plaintiff has not filed an updated address with this Court. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

For the foregoing reasons,

IT IS ORDERED that Plaintiff must file his updated address with the Court no later than **March 20, 2020**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

IT IS SO ORDERED.

DATED: February 19, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE